UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABNER NEEL MORALES-TISTA, A-201-972-561,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br>Respondent. | No. 1:26-cv-08284-DC-CKD P<br><br>ORDER |

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner is provisionally granted leave to proceed in forma pauperis and shall either pay the filing fee or submit the appropriate affidavit in support of a request to proceed in forma pauperis.

The court has conducted a preliminary review of the petition. Pursuant to 28 U.S.C. § 2243, respondent shall file a response to the petition.

Good cause appearing, IT IS ORDERED as follows:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form.

2. Petitioner is provisionally granted leave to proceed in forma pauperis and shall either pay the filing fee or submit a completed affidavit in support of a request to proceed in forma pauperis within 30 days.
3. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within seven (7) days of the date of this order and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.
4. Petitioner may optionally file a reply/traverse to an answer or opposition to a motion to dismiss within fourteen (14) days after service with the response.

Dated: October 15, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mora8284.res