UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABNER NEEL MORALES-TISTA (A-201-972-561),

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

Respondent.

No. 1:26-cv-08284-DC-CKD (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 9)

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within five days. (Doc. No. 9.) On November 4, 2026, Respondent filed objections to the findings and recommendations. (Doc. No. 10.) However, the magistrate judge already addressed and rejected those arguments. Thus, Respondent provides no basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo.

*See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed October 30, 2026 (Doc. No. 9) are ADOPTED;
2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1) is GRANTED, as follows:
    a. Petitioner Abner Neel Morales-Tista (A-201-972-561) shall be RELEASED IMMEDIATELY subject to his voluntary departure order;
    b. Respondent shall RETURN all of Petitioner's documents and possessions (e.g., identification, passport, work permit, Social Security card, etc.) upon his release from custody;
    c. Within two (2) days from the date of entry of this order, Respondent shall FILE a notice of compliance with this court confirming that Petitioner has been released in accordance with the above;
    d. Respondent is ENJOINED AND RESTRAINED from re-detaining Petitioner until Petitioner's voluntary departure period has elapsed so that Petitioner may effectuate his voluntary departure. If the government seeks to re-detain Petitioner thereafter, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered;
3. Petitioner, who proceeds without counsel, is cautioned that his pre-conclusion voluntary departure order is not affected by this order;
4. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

/////

5. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dena Coggins
United States District Judge